**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 286 MAL 2022

            Respondent               :

                           :   Petition for Allowance of Appeal
                           :   from the Order of the Superior Court

            v.                     :

                           :

AXEL RIVERA-RODRIGUEZ,         :

                           :

            Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 29th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.